Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Mary L. Prater

*IT IS SO ORDERED*
*Judge Edward J. Davila*
Dated: 10/24/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. PRATER,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC;<br>TRANS UNION LLC; and<br>EQUIFAX INFORMATION SERVICES LLC.<br><br>          Defendants. | Case No. 5:14-cv-02814-EJD<br><br>STIPULATION FOR DISMISSAL OF ACTION |

It is hereby stipulated by and between counsel for plaintiff Mary L. Prater and counsel for defendants Experian Information Solutions, Inc.; Trans Union LLC; and Equifax Information Services, LLC that this action may be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Clerk shall close this file.

Date: October 23, 2014                          /s/ *Debra A. Miller*
                                                Debra A. Miller (IN 27254-49)
                                                 (Admitted *Pro Hac Vice*)
                                                Schuckit & Associates, P.C.
                                                4545 Northwestern Drive
                                                Zionsville, IN  46077
                                                Phone: 317.363.2400
                                                Fax: 317.363.2257
                                                dmiller@schuckitlaw.com

**JOINT CASE MANAGEMENT STATEMENT – PRATER V EXPERIAN, NO. 14-02814 EJD**

|   |   |
|---|---|
| 1 | |
| 2 | Monica Katz-Lapides (SBN 257231) |
|   | Tate & Associates |
| 3 | 1321 8th Street, Suite 4 |
|   | Berkeley, CA 94710 |
| 4 | Phone: 510.525.5100 |
|   | Fax: 510.525.5130 |
| 5 | Email: mkl@tateandassociates-law.com |

Monica Katz-Lapides (SBN 257231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email: mkl@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC*

Date: October 23, 2014

*/s/ Thomas P. Quinn*
Thomas P. Quinn (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 210
Laguna Beach, CA 92651
Phone: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Attorneys for Equifax Information Services LLC

Date: October 23, 2014

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Suite 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiff Barbara A. Grant

Date: October 23, 2014

*/s/ Nandini K.Iyer*
Nandini K. Iyer (SBN 271289)
JONES DAY
1755 Embarcadero Center
Palo Alto, CA 94303
Phone: 650.739.3939
Fax: 650.739.3900
niyer@jonesday.com
Counsel for Experian Information Solutions, Inc.

**JOINT CASE MANAGEMENT STATEMENT – PRATER V EXPERIAN, NO. 14-02814 EJD**